Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__MIDDLE__ District of __FLORIDA__

__Fort Myers__ Division

PROVIDED TO CHARLOTTE CORRECTIONAL INSTITUTION ON _____ FOR MAILING BY _____ _JP_

Christopher J. Rahaim

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Ricky Dixon, Ashley Moody, Dept. of corrections. State of Florida

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __2:22CV104-SPC-104__
(to be filled in by the Clerk's Office)

FILED 2022 MAR -1 PM 2:53 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher J. Rahaim
All other names by which you have been known:
ID Number: R02347
Current Institution: Charlotte
Address: 33123 Oil Well Rd.
Punta Gorda, FL 33955

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ricky Dixon
Job or Title (if known): Secretary Dept of Corrections
Shield Number:
Employer: State of Florida, Dept of Corrections
Address: 501 S. Calhoun St
Tallahassee, FL 32399
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Ashley Moody
Job or Title (if known): Attorney General
Shield Number:
Employer: State of Florida
Address: The Capitol Ste. PL-01
Tallahassee, FL 32399
[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: T. B. A.
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity  ☐ Official capacity

Defendant No. 4
Name: T. B. A.
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
1st Amendment access to Courts, 4th Amendment seizure of property (money), 8th Amendment cruel and unusual punishment, 6th and 14th Amendment destruction of evidence submission, due process. 4th Amendment theft and confiscation of legal mail, court documents, case exhibits, trial transcripts, 1st Amend. practice of religion.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants have acted under Article 1 §1 Fla Constitution, Fla. Stat. §843.085 (5)(a), rule 4.74(c) Fla.r. prof. conduct. Defendants have acted under Administrative Code Ch. 33 to perpetually confine Plaintiff by a series of knowingly fraudulent Disciplinary reports to prevent him access to law library. Defendants are retaliating and having Plaintiff battered.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Other *(explain)* Plaintiff contests his incarceration as pre-trial status in Federal Lawsuits pending.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

This is an ongoing violation out of conspiracy to retaliate against Plaintiff for 3 preceding lawsuits and over 120 grievances exercising his First Amendment rights to grieve. It started at Orlando Reception Center in Sept. 2008 and has continued under an undercover investigation resulting in civil rights violations. Attorney General.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Orlando Reception Center Sept. 2008. (Continuing violation and conspiracy to deprive civil rights).

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

The Chronology of events leading to the latest occurrences is written from 2019 at Taylor Institution, 2020 Gulf Institution, leading to a fraudulent Close Management committal at Charlotte in August of 2021, False imprisonment beginning.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff has been under an undercover investigation for his criminal cases. He is actually innocent of the criminal charges he is imprisoned under. The prison and state have conspired to commit rights violations and retaliate when Plaintiff files grievances and lawsuits. With connivance in the Plaintiff's defect and with retaliation and conspiracy, Plaintiff has been perpetually confined with false disciplinary reports and been prevented from adequate library access to fight against the Dept of Corrections and State. Plaintiff has also documented the housing assignments where he is continually sexually assaulted, battered.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Dislocated knee (Torn ACL), Dislocated, broken knuckle, 1½ inch head wound, permanent disfigurement to face all denied by grievance appeals, and requests for photographs to prove injuries has been continually denied. Medical treatment has been willfully denied in several instances. Plaintiff has 100 grievances and appeals documenting the ongoing criminal conspiracy and 8th Amendment violations. There exists multiple instances showing the intentional affliction of emotional distress and mental anguish by the multitude and longevity of Defendants actions and state perpetrated fraud.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Enjoin defendants from retaliation, continually housing him with cellmates, preventing him from computer research, law library access, return stolen legal documents. Award high compensatory, punitive damages for continuing, malicious conspiracy to deny multiple rights and commit extrinsic fraud by prevention of Plaintiff to prevail in court by theft of documents and psychological, physical abuse. The multiple causes of action, years of continuing violations and multiple aggravating factors entitle Plaintiff to $50 million in total damages. House Plaintiff in single cell.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Taylor CI, Gulf CI, Charlotte CI

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?
The Plaintiff has documented and exhausted every cause of action. Though, substantive rights violations do not require exhaustion of administrative remedies

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
At all institutions where the violations occurred.

2. What did you claim in your grievance?
Multiple incidences of retaliation, false Disciplinary Reports. Repeated housing with racist gang members, Repeated sexual assaults and batteries and the 25 refusals to classify Plaintiff in the protective Management program.

3. What was the result, if any?
The denial of every grievance, appeal and request for protection and to be housed alone in a single cell.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
All steps in the grievance process were completed and Plaintiff filed lawsuits and petitions in State Courts with negative results.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Plaintiff has meticulously filed grievances and cited multiple controlling case laws, statutory and constitutional laws. The defendants have maliciously deprived Plaintiff of every right and privilege with willful disregard.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Christopher J. Rahaim
   Defendant(s) Dept of Corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Leon County, Florida.

3. Docket or index number
   2021 - CA - 394

4. Name of Judge assigned to your case
   Angela Dempsey

5. Approximate date of filing lawsuit
   11 - 14 - 2020

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.  Jan 11th 2022 dismissed.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Dismissed by abuses of discretion.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) ~~Dept of~~ Christopher J. Raheim

    Defendant(s) Dept of Corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*

    Sumter County Fl.

3. Docket or index number

    2020-CA-168

4. Name of Judge assigned to your case

    Michelle Morley

5. Approximate date of filing lawsuit

    5-17-2020

6. Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-20-2022

Signature of Plaintiff: *Christopher J. Rahaim*
Printed Name of Plaintiff: Christopher J. Rahaim
Prison Identification #: R02347
Prison Address: 33123 Oil Well Rd.
Punta Gorda, Florida 33955

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____